

**Mark R. Natale**
mnatale@malamutlaw.com
Phone: 856.424.1808
Fax: 856.424.2032
*Member of the NJ Bar*

July 6, 2021

**Via ECF**
The Honorable Anita B. Brody
U.S. District Court - Eastern District of PA
7613 U.S. Courthouse
Philadelphia, PA 19106

  Re: Myers v. Walmart Store # 2528
     2:20-cv-05725-AB

Dear Judge Brody:

  I represent Plaintiff, Matthew Myers in the above-referenced matter. I am writing to update the Court as to the status of communications with Plaintiff. Despite this office's continued best efforts, we are still unable to locate Mr. Myers. Accordingly, I will subsequently file a motion to withdraw as counsel.

  Thank you for Your Honor's consideration of this matter.

            Respectfully,

            /s/ Mark R. Natale
            Mark R. Natale, Esquire

Cc: Charlene A. Barker, Esquire (via ECF)
   Joseph J. Centeno, Esquire (via ECF)
   Sara E. Hoffman, Esquire (via ECF)

MRN/dd

**Cherry Hill Office**
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
ph 856 424 1808

**Hoboken Office**
221 River Street, 9th Floor
Hoboken, New Jersey 07030
ph 877 567 5293

**Philadelphia Office**
2400 Market Street, No 200
Suite 251
Philadelphia, PA 19103