**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

MATTHEW MYERS,                          :
    Plaintiff,                        :
                                      :          CIVIL ACTION
    v.                                :          NO. 20-5725
                                      :
WALMART STORE # 2528,                    :
    Defendant.                        :

## **ORDER**

    **AND NOW**, this 7th day of March, 2022, it is **ORDERED** that Defendant Walmart

Store #2528's Motion to Dismiss for Failure to Prosecute Pursuant to Fed. R. Civ. P. 41(b) (ECF

No. 19) is **GRANTED**.

                       _s/ANITA B. BRODY, J.___
                       ANITA B. BRODY, J.

Copies **VIA ECF**